Aaron J. Solomon, Esq.
OVED & OVED LLP
*Attorneys for Defendant*
401 Greenwich Street
New York, NY 10013
212.226.2376

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NEW ANGLE DIRECT LLC and
ONE BARSTOW PROPERTIES, INC.,

                          Plaintiffs,

        -against-

ARGENTO SC BY SICURA INC,

                          Defendant.
------------------------------------------------------------------X

Docket No: 2013-CV-4432 (JS) (WDW)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED as follows:

1.      Defendant's time to file their response to the complaint in this matter is here by extended to December 9, 2013.

2.      Copies of this Stipulation, showing the signatures of the undersigned attorneys transmitted via facsimile or as PDF attachments to emails, are deemed to be originals.

Dated: Great Neck, New York
        October 16, 2013

_____
Robert E. Wechsler, Esq.
WECHLER & WECHSLER, P.C.
*Attorneys for Plaintiffs*
1 Barstow Road, Suite P-5
Great Neck, NY 11021
516.773.3565

Dated: New York, New York
        October 16, 2013

_____
Aaron J. Solomon, Esq.

OVED & OVED LLP
*Attorneys for Defendant*
401 Greenwich Street
New York, NY 10013
212.226.2376

SO ORDERED:

_____
Magistrate Judge Wall